# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTOPHER J. SLATER**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LOVE'S TRAVEL STOPS AND COUNTRY STORES, INC.**<br><br>Defendant. | **Civil Action No.:** 5:26-cv-00202-G |

## NOTICE OF DISMISSAL

Plaintiff Christopher J. Slater ("Plaintiff"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his claims against Defendant in this action, without prejudice, with each party to bear their own fees and expenses.

Dated: April 21, 2026

Respectfully submitted,

*/s/ Tyler Bean*
Tyler Bean
**SIRI & GLIMSTAD LLP**
101 Park Avenue
Suite 1300 #16982799
Oklahoma, OK 73102
Main: (929) 677-5181
E: tbean@sirillp.com

## CERTIFICATE OF SERVICE

I, Tyler Bean, hereby certify that on April 21, 2026, I served copies of the foregoing documents on all counsel of record via ECF.

Dated: April 21, 2026                 */s/Tyler Bean*
                                      Tyler Bean